Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Raffi Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
Zac C. Frampton
Email: zframpton@reedsmith.com

REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Attorneys for Defendant,
NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO

| | |
|---|---|
| WAYMON L. BLANKENSHIP, an individual, and JOYCE BLANKENSHIP, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> AFFINIA DEFAULT SERVICES, LLC, NATIONSTAR MORTGAGE LLC d/b/a Mr. Cooper; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:18-cv-02061-WBS-EFB <br><br> **ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Honorable William B. Shubb |

The Court has read and considered the Stipulation to Extend Time to Respond to the Complaint ("Stipulation") filed on August 3, 2018. For the reasons stated in the Stipulation and for good cause shown, the Court hereby APPROVES the Stipulation. The deadline for filing a responsive pleading to the Complaint is August 31, 2018, for all Defendants.

SO ORDERED

Dated: August 8, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE